UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
In re:

DANIEL CONNOR,

        Chapter 13
        Case No. 25-15222 (CMG)

        Debtor.

---------------------------------------------------------------x
DAVID GOLSHIRAZI,

        Plaintiff,        Adv. Pro. No. 25-02447 (CMG)

-against-

DANIEL CONNOR,

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT AND OBJECTION TO DISCHARGE**

        Defendant.

---------------------------------------------------------------x

    Defendant Daniel O'Connor (the "**Defendant**") respectfully answers the Complaint to Determine Dischargeability of a Debt and Objection to Discharge (the "**Complaint**"*)* as follows:

1.     Defendant denies the allegations set forth in Paragraph 1 of the Complaint.

2.     Defendant denies the allegations set forth in Paragraph 2 of the Complaint.

3.     Defendant admits the allegations set forth in Paragraph 3 of the Complaint.

4.     Defendant admits the allegations set forth in Paragraph 4 of the Complaint.

**COUNT ONE**

5.     Defendant repeats and reiterates each and every response in Paragraphs 1-4 as though more fully set forth at length herein.

6.     Defendant denies the allegations set forth in Paragraph 5 of the Complaint.

7.     Defendant denies the allegations set forth in Paragraph 6 of the Complaint.

8.     Defendant denies the allegations set forth in Paragraph 7 of the Complaint.

9.     Defendant denies the allegations set forth in Paragraph 8 of the Complaint.

10. Defendant denies the allegations set forth in Paragraph 9 of the Complaint.

11. Defendant denies the allegations set forth in Paragraph 10 of the Complaint.

12. Defendant denies the allegations set forth in Paragraph 11 of the Complaint.

13. Defendant denies the allegations set forth in Paragraph 12 of the Complaint.

14. Defendant denies the allegations set forth in Paragraph 13 of the Complaint.

15. Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

## COUNT TWO

16. Defendants repeat and reiterate each and every response in Paragraphs 1-14 as though more fully set forth at length herein.

17. Defendant denies the allegations set forth in Paragraph 15 of the Complaint.

## COUNT THREE

18. Defendants repeat and reiterate each and every response in Paragraphs 1-15 as though more fully set forth at length herein.

19. Defendant denies the allegations set forth in Paragraph 16 of the Complaint.

## COUNT FOUR

20. Defendants repeat and reiterate each and every response in Paragraphs 1-16 as though more fully set forth at length herein.

21. Defendant denies the allegations set forth in Paragraph 17 of the Complaint.

22. Defendant denies the allegations set forth in Paragraph 18 of the Complaint.

23. Defendant denies the allegations set forth in Paragraph 19 of the Complaint.

## COUNT FIVE

24. Defendants repeat and reiterate each and every response in Paragraphs 1-19 as though more fully set forth at length herein.

25. Defendant denies the allegations set forth in Paragraph 20 of the Complaint.

26. Defendant denies the allegations set forth in Paragraph 21 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted under Sections 523 and 727 of the Bankruptcy Code.

## SECOND AFFIRMATIVE DEFENSE

2. Defendant acted in good faith and without intent to defraud creditors or the bankruptcy estate.

## THIRD AFFIRMATIVE DEFENSE

3. Defendant has complied with all applicable provisions of the Bankruptcy Code, including the disclosure of assets and financial information.

## FOURTH AFFIRMATIVE DEFENSE

4. Any alleged omissions or transfers of assets were not made with fraudulent intent or with the intent to hinder, delay, or defraud creditors.

## FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or laches.

## SIXTH AFFIRMATIVE DEFENSE

6. Defendant denies any material misstatements or omissions in the schedules, statements of financial affairs, or other filings.

## SEVENTH AFFIRMATIVE DEFENSE

7. Defendant has substantially complied with all requests for information and has provided all necessary documents to the Trustee and creditors.

**WHEREFORE**, Defendants pray for judgment against Plaintiff as follows:

1. Dismiss the Adversary Complaint with prejudice;

2. Deny all relief requested by Plaintiff;

3. Award Defendant reasonable attorneys fees and costs incurred in defending this action; and

4. Grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 28, 2025

**MORRISON TENENBAUM PLLC**

By: _/s/ Lawrence Morrison_
Lawrence Morrison
87 Walker Street, Floor 2
New York, New York 10013
Tel.: (212) 620-0938
Email: lmorrison@m-t-law.com

*Counsel to Defendant*

TO:  David Golshirazi, *Plaintiff in Pro Per*
c/o Nico N. Tabibi, Esq.
Law Offices of Nico N. Tababi, APC
9454 Wilshire Blvd., Penthouse
Beverly Hills, CA  90212
Tel.: (310) 276-1555
Email: nico@tabibilaw.com